Amir J. Goldstein, Esq. (SBN: 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7304 Beverly Boulevard, Suite 212
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRTITNEY SIAS, et al | ) CASE NO.: 2:20-CV-10620 |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| MIDLAND CREDIT MANAGEMENT, INC., et al, | ) |
| Defendants. | ) |

**NOTICE IS HEREBY GIVEN** that the instant matter between the Plaintiff BRITTNEY SIAS and the Defendants, MIDLAND CREDIT MANAGEMENT, INC. and ENCORE CAPITAL GROUP, INC., has been resolved. Plaintiff anticipates filing a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) within 30 days. Plaintiff requests that the Court set a deadline of October 13, 2021 for filing a Stipulation of Dismissal.

Dated: September 13, 2021          Respectfully Submitted,

                                     /s/ Amir J. Goldstein
                                    Amir J. Goldstein, Attorney for Plaintiff