UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-10620-ODW (JPRx) | Date | October 15, 2021 |
|---|---|---|---|
| Title | *Britney Sias et al. v. Midland Credit Management, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by October 14, 2021. (ECF No. 22.) The Court noted that "[f]ailure to timely comply with this order shall result in the dismissal of this action." Having received no response to the Court's Order, this case is hereby **DISMISSED**. The class allegations are dismissed without prejudice. Notice to the putative class members is not necessary given the stage of the proceedings and that dismissal is without prejudice. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE